**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| STEVE HEATH GRAY, | : | |
| INMATE NO. 12650, | : | PRISONER CIVIL RIGHTS |
|     Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:08-CV-1081-BBM |
| UNNAMED DEFENDANT, | : | |
|     Defendant. | : | |

**<u>ORDER</u>**

Plaintiff, currently confined at the Butts County Jail, alleges that Officer Kendricks and Officer Whitewell demanded that he assist them by serving as a confidential informant or by providing them with certain information. (Doc. 1 at 1). Plaintiff states that he was unable to comply, and as a consequence, Kendricks and Whitewell had Plaintiff's "O.R. Bond" revoked. (<u>Id.</u>). Butts County is located in the Middle District of Georgia.

Relevant to the instant complaint, 28 U.S.C. § 1391(b) provides that a civil action should be brought in a "district where any defendant resides" or in a "district where a substantial part of the events or omissions giving rise to the claim occurred." Plaintiff's allegations appear to concern events which occurred in the

Middle District of Georgia, and Kendricks and Whitewll presumably reside in that district.

Title 28 U.S.C. § 1406(a) states: "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it should have been brought." Given Plaintiff's allegations, this Court finds that the interest of justice will be served by transferring this action to the Middle District of Georgia.

**IT IS ORDERED** that the instant civil action is **TRANSFERRED** to the **UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA, MACON DIVISION** along with all orders, motions, affidavits, pleadings and exhibits (if any) filed herein for further proceedings.

**IT IS SO ORDERED**, this 31st day of March, 2008.

                                          s/Beverly B. Martin
                                          BEVERLY B. MARTIN
                                          UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)